[Cite as *State ex rel. Willis v. Russo*, 2012-Ohio-2215.]

# Court of Appeals of Ohio

### EIGHTH APPELLATE DISTRICT
### COUNTY OF CUYAHOGA

---

### JOURNAL ENTRY AND OPINION
### No. 97818

---

# STATE EX REL. RONALD WILLIS

### RELATOR

### vs.

# JUDGE JOHN J. RUSSO

### RESPONDENT

---

## JUDGMENT:
## WRIT DENIED

---

Writ of Mandamus
Motion No. 451532
Order No. 454870

**RELEASE DATE:**    May 15, 2012

**FOR RELATOR**

Ronald Willis, Pro Se
No. A-520-629
1150 N. Main Street
Mansfield, Ohio 44901

**ATTORNEYS FOR RESPONDENT**

William D. Mason, Esq.
Cuyahoga County Prosecutor
By: James E. Moss, Esq.
Assistant County Prosecutor
9th Floor, Justice Center
1200 Ontario Street
Cleveland, Ohio 44113

KATHLEEN ANN KEOUGH, J.:

**{¶1}** Relator, Ronald Willis, requests that this court compel respondent judge to rule on his motion for jail-time credit filed in *State v. Willis*, Cuyahoga C.P. Nos. CR-493477, CR-494145, and CR-517491 on July 11, 2011.

**{¶2}** Respondent has filed a motion for summary judgment attached to which are copies of journal entries issued by respondent and received for filing by the clerk on January 13, 2012 in which respondent granted relator a total of 90 days jail-time credit. Willis has opposed the motion and challenges the number of days jail-time credit.

**{¶3}** Respondent argues that this action in mandamus is moot. We agree. Willis has or had an adequate remedy by way of appeal to challenge the number of days. *See, e.g.*, *State ex rel. Menefee v. Burnside*, 8th Dist. No. 95747, 2010-Ohio-6034.

**{¶4}** Accordingly, respondent's motion for summary judgment is granted. Relator to pay costs. The clerk is directed to serve upon the parties notice of this judgment and its date of entry upon the journal. Civ.R. 58(B).

**{¶5}** Writ denied.

_____

KATHLEEN ANN KEOUGH, JUDGE

PATRICIA ANN BLACKMON, A.J., and

SEAN C. GALLAGHER, J., CONCUR